IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00644-FDW-DSC

| | |
|---|---|
| JAMES EDGERSON JR., <br><br> Plaintiff, <br><br> v. <br><br> ALDERSGATE UNITED METHODIST COMMUNITY, INC., <br><br> Defendant. | **ORDER** |

THIS MATTER is before the Court *sua sponte*. On December 8, 2020, this Court entered a Show Cause Order (Doc. No. 5), requiring Plaintiff to show compliance with Fed. R. Civ. P. 4(m) regarding service of summons and the complaint on Defendant. (Doc. No. 3). The Court noted that the case had been dormant since January 2020 and warned Plaintiff that failure to appropriately and timely respond to the Court's Show Cause Order would result in dismissal of this action.

It has now been more than thirty (30) days since the Show Cause Order was issued, and the case has remained dormant. The record indicates Plaintiff has not made any effort to prosecute this case since January 30, 2020. (Doc. No. 4). Because Plaintiff has failed to respond to the Show Cause Order or otherwise litigate this case for nearly one year, it is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Signed: January 26, 2021

*Frank D. Whitney*
Frank D. Whitney
United States District Judge